UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1220

FILED
DEC 3 ' 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
HOLLY DIANA FRITZ )

The Government's motion is hereby granted. The case is dismissed.

12-3-10
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE